## 1472. HENDERSON *v.* THE STATE.

POWELL, J. The evidence authorized the verdict. The charge of the court, especially in the absence of written requests for further instructions, covered the case with requisite fullness. No error appears.

*Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of Oglethorpe—Judge Greer. October 20, 1908.

Argued November 23,—Decided December 8, 1908.

*Jere M. Moore,* for plaintiff in error.

*Jule Felton, solicitor,* contra.

---

## 1477. JAMISON *v.* THE STATE.

HILL, C. J. In a criminal case where the evidence relied upon by the State was entirely circumstantial and without probative value, because consistent with innocence and not exclusive of every reasonable hypothesis except that of guilt, a conviction was unauthorized, and a new trial should have been granted. *Judgment reversed.*

POWELL, J., dissenting. I think the evidence is amply conclusive to justify the conviction.

Accusation of larceny, from city court of Floyd county—Judge Hamilton. October 28, 1908.

Argued November 23,—Decided December 8, 1908.

*M. B. Eubanks,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.